1  DAVID J. KAMINSKI (SBN 128509)
   kaminskd@cmtlaw.com
2  ROBERT D. BERGLUND (SBN 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC
7

8
                UNITED STATES DISTRICT COURT
9
       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11 MELVINA BOGAN,                    ) CASE NO. 09-CV-06329-PSG-(PLAx)
                                     )
12         Plaintiff,                )
                                     ) **STIPULATION RE DISMISSAL
13     v.                            ) WITH PREJUDICE OF ENTIRE
                                     ) ACTION AND ALL PARTIES**
14 ASSET ACCEPTANCE, LLC,            )
                                     )
15         Defendant.                )
                                     )
16                                   )
17                                   )
18                                   )
19                                   )
20 _____       )

21     **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MELVINA
22 BOGAN and Defendant ASSET ACCEPTANCE, LLC, by and through their
23 respective counsel of record, that Plaintiff shall dismiss, with prejudice the
24 above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to
25 FRCP 41(a)(1).
26 / / /
27 / / /
28 / / /

1  Each party shall bear its own costs and expenses.

2

3  DATED:   February 17, 2010         KROHN & MOSS, LTD.

4

5                                     By: /s/ Michael S. Agruss
                                           Michael S. Agruss
6                                          Attorney for Plaintiff,
                                           MELVINA BOGAN
7

8

9  DATED:   February 17, 2010         CARLSON & MESSER LLP

10

11                                    By: /s/ Robert D. Berglund
                                          David J. Kaminski
12                                        Robert D. Berglund
                                          Attorneys for Defendant,
13                                        ASSET ACCEPTANCE, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06043.00/161714
STIPULATION RE DISMISSAL